# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. __06-CR-283-RGK__  Date __3/8/17__

Title  United States v. __Angel Gonzalez__

Present: The Honorable  Gail J. Standish

| Earlene Carson | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:     Attorneys Present for Defendant:

n/a                                                                    n/a

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation ☒ supervised release.

The Court finds that

A.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Lack of bail resources

☐ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☒ Allegations in petition

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. __CR 06-283-RGK__   Date __3/8/17__

Title   United States v. __Angel Gonzalez__

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Nature of previous criminal convictions
- ☐ Allegations in petition
- ☐ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐ _Defendant submitted to detention._

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.