1
2
3
4
5
6
7
8



IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 06-283-RGK |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| ANGEL GONZALEZ, | |
| Defendant. | |

I.

On August 21, 2020, Defendant made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on July 12, 2019, Deputy Federal Public Defender Michael Brown was appointed to represent Defendant. Defendant submitted on the recommendation of detention in the Pretrial Services Report.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition include use of controlled substances, association with and presence in an area where gang members congregate, and arrest and conviction for felon in possession of a firearm.

    ☒ history of prior revocations and substance abuse, and non-compliance

    ☒ current absconder status

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition, history of prior revocations and noncompliance and substance abuse history.

## III.

IT IS THEREFORE ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: August 21, 2020

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE